# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Patrick Hoernig, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and have been employed since April of 2023. I received approximately 18 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics, including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Violent Crimes squad of the FBI's Louisville Field Division. I am responsible for investigating, among other things, violations concerning crimes against children, and other violent crimes. I have conducted or participated in surveillance, the execution of search warrants, and the operation and debriefing of informants.

2. Before my current assignment, I was a police officer for a total of eight years in Crete, Illinois, and Jeffersonville, Indiana, where I responded to and investigated state and municipal crimes. I received approximately 28 weeks of training in the police academy and on-the-job field training where I learned similar skills outlined above in the FBI academy. I conducted on scene investigations of numerous natures of criminal offenses including but not limited to, assault, individual and commercial robberies, various theft offenses, narcotics violations, firearms violations, fugitives from justice, as well as child sexual and physical abuse. I have gained experience in conducting these investigations through training and through everyday work, including executing search warrants, conducting interviews of individuals trading and producing child sexual abuse material. I have also received Internet Crimes Against Children (ICAC training), which includes training concerning investigating

and enforcing state and federal child sexual exploitation laws. Often, these crimes involve the use of computers and other digital media to produce, receive, transfer, and/or store depictions of children being sexually abused (often referred to as CSAM – child sex abuse materials).

3. This affidavit is submitted in support of a criminal complaint alleging Andrew Scott LYVERS, hereinafter LYVERS, violated Title 18, United States Code, Section 2422(b) (Online Enticement of a Minor), Title 18, United States Code, Section 2251(a) and (e) (Attempted Sexual Exploitation of a Child), Title 18, United States Code, Section 1470 (Transfer Obscene Material to a Minor) and Title 18, United States Code, Section 2260A (Commission of a Felony Against a Child by Person Required to Register as a Sex Offender).

4. The statements contained in this affidavit are based in part on information provided by other law enforcement officers and on my own investigation of this matter. Since this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging LYVERS with Online Enticement of a Minor, Attempted Sexual Exploitation of a Child, Transfer Obscene Material to a Minor and Commission of a Felony Against a Child by Person Required to Register as a Sex Offender. I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that LYVERS committed the offenses alleged in the complaint.

## **PROBABLE CAUSE**

5. On August 8, 2025, Affiant was contacted by Special Agent Caleb Williams with Clevland Ohio FBI, and Detective Jack Miller from Shawnee Township Police Department located outside of Lima, Ohio in Allen County who informed Affiant of the following information:

6. On August 1, 2025, Shawnee police responded to a report of child exploitation regarding an adult male, later identified as Andrew Scott LYVERS, requesting nude images

from a 13-year-old boy, (hereinafter "Minor Victim"), over Snapchat. The report also stated that LYVERS sent images of his penis to Minor Victim and Minor Victim had a video recording of LYVERS masturbating via a video call.

7. Minor victim had told LYVERS he was 13 years old.

8. LYVERS attempted to contact the Minor Victim from a cellphone number of 502***0953.

9. Law Enforcement database checks revealed that 502***0953 returned to Andrew LYVERS.

10. On August 1, 2025, Minor Victim's guardian completed a consent to search form for Minor Victim's cellular device, which is a black in color Samsung Galaxy cellular telephone, with Shawnee Township Police Department in Ohio. The device was recovered as evidence by Shawnee Township Police Department and FBI personnel.

11. On September 8, 2025, an FBI Child Adolescent Forensic Interview (CAFI) was completed with Minor Victim. During the forensic interview, Minor Victim confirmed that he had been talking with an adult male over Snapchat and video call. The adult's name was Andrew, and he identified himself as 61 years old. Minor Victim positively identified the Snapchat conversation between him and LYVERS. Minor Victim confirmed that during a video call, LYVERS was masturbating, and he could see his penis. Minor Victim recorded the video call. Minor Victim also disclosed that LYVERS requested images of Minor Victim's genitals and buttocks. Minor Victim located images of a penis and buttocks using the internet and sent those images to LYVERS. Minor victim confirmed the images he sent were not his penis or buttocks.

12. On August 18, 2025, Affiant served a subpoena to Snapchat for any accounts associated with 502***0953. On September 4, 2025, Snapchat provided the following information:

    a. Snapchat Account Name: andrewl2031

    b. Email Address: aslyvers@gmail.com

    c. Creation Date: 2024-03-30 17:46:09 UTC

    d. Creation IP: 65.186.176.188

    e. Display Name: Andrew LYVERS

    f. Significant I.P. address activity for Louisville Kentucky

    g. IP address activity for LYVERS revealed significant IP address utilization 24.95.64.54 with ASN* 10796 on August 1, 2025, (date of the offense) between the times of 04:10:49 UTC and 23:25:58 UTC.

13. On December 1, 2025, Affiant served a subpoena to Charter Communications Inc. for I.P. address 24.95.64.54 utilization on August 1, 2025, between the times of 04:10:49 UTC and 23:25:58 UTC. Charter communications provided results of that subpoena on December 5, 2025. Charter Communications provided the following information:

    a. Subscriber Name: Andrew LYVERS

    b. Service Address: 1017 Sale Ave. Louisville, KY 40215-2736

    c. User Name of Features: aslyvers@gmail.com and andrewlyvers@charter.net

    d. Phone Number: (502) ***-0953

    e. Account Number: 8363211981003905

    f. Lease Log: 11/12/2024 6:25 PM – End Date 09/05/2025 9:11PM

14. Law enforcement database checks completed between August 1, 2025, and December 1, 2025, revealed Andrew Scott LYVERS, date of birth XX/XX/1964 is a registered sex offender #54838 residing at 1017 Sale Ave. Louisville, Kentucky 40215. According to certified court records, LYVERS was convicted in Bullitt County Kentucky Circuit Court (06-CR-00284) on August 15, 2007, to the following charges: Sexual Abuse in the First Degree (2 counts), and Sodomy in the First Degree. LYVERS was sentenced to 15 years in prison followed by a term of life on the Kentucky Sex Offender Registry.

15. On October 24, 2025, a forensic extraction of the Minor Victim's android Samsung Galaxy telephone was completed. Affiant reviewed the cellphone extraction report and confirmed the cellular telephone belonged to the Minor Victim. Three screen recordings

were located between LYVERS and Minor Victim. The conversation between Minor Victim and LYVERS over Snapchat was saved as two screen recordings.

16. The following is a summary of the Snapchat communications and video calls between LYVERS and Minor Victim:

   a. File name 3255489087560173941.mP4 - screen recording taken on August 1, 2025. The conversation is as follows:

   - LYVERS: Hi there how are you doing and where are you located
   - Minor Victim: ….
   - LYVERS: are you going to talk to me
   - Minor Victim: Sure
   - LYVERS: How old are you
   - Minor Victim: 13 Wbu
   - LYVERS: I am old
   - Minor Victim: ok Idc how old tho
   - LYVERS: Do you like talking to old men
   - Minor Victim: umm sure
   - LYVERS: I am 61
   - Minor Victim: cool
   - LYVERS: Can you do video calls
   - Minor Victim: Not right now I'm eating
   - LYVERS: Where are you located
   - Minor Victim: in LA
   - LYVERS: do you have any pictures of you naked
   - Minor Victim: (sends picture of a penis) this is a picture of my dick
   - LYVERS: let me see a picture of you from your waist down to your dick
   - Minor Victim: ok can I see yours tho
   - LYVERS: Yes you look like you have a bigger dick than me
   - Minor Victim: Lol idk i got it from my dad show me
   - LYVERS: let me see you naked from your chest down to your dick and then I will send you a picture of my dick

- Minor Victim: (sends a picture of an adult penis) Like this?

b. File name -878314277222330447.mp4 is a continuation of the Snapchat conversation between LYVERS and Minor Victim immediately following the previous screen recording.

- Minor Victim: (Sends a picture of what appears to be a male buttocks)
- LYVERS: (Sends a picture of an adult penis)

c. Third Screen recording, file name 331700637242355404.mp4 was located, and is a screen recording of a video call on August 1, 2025. The video is approximately 3 minutes and 39 seconds in length. LYVERS and Minor Victim are both clearly visible in the recording. LYVERS appears to be utilizing a cellular device or tablet during the video call Affiant completed a transcript of the conversation which is as follows:

- Minor Victim: My parents aint home.
- LYVERS: "inaudible"
- Minor Victim: nah its just me.
- LYVERS: what you got goin on
- Minor Victim: what do you mean what I'm working with? My body? (Minor Victim pulls their shirt up to the camera to reveal their bare stomach.)
- Minor Victim: I'm pretty skinny
- LYVERS: "inaudible"
- Minor Victim: yeah I used to be chubby but I started working out.
- LYVERS: "inaudible"
- Minor Victim: I just got in the shower before you called me. It was a cold shower because I like taking cold showers.
- LYVERS: "inaudible"
- Minor Victim: it doesn't look good right now you're gonna have to wait for a second. (Minor Victim is gesturing towards his penis) Let me do a quick something, one second I'm in my bathroom now. My stuff doesn't get hard easy alright?
- LYVERS: "inaudible"
- Minor Victim: yeah kind of. I've had my dick sucked before by a girl.
- LYVERS: "inaudible"
- Minor Victim: no
- LYVERS: "inaudible"

- Minor Victim: we could yeah.
- LYVERS: "inaudible"
- Minor Victim: That don't matter to me, I dated a 19 year old girl before.
- LYVERS: "inaudible"
- Minor Victim: yeah so it's the same difference.
- LYVERS: "inaudible" (screen starts shaking)
- Minor Victim: what you doin let me see.
- LYVERS: "inaudible"
- Minor Victim: you use the switch icon next to the camera. Click on the screen and its next to the camera.
- LYVERS: "inaudible"
- Minor Victim: turn your phone around then
- LYVERS: (turns the camera around to reveal that he is masturbating.)
- Minor Victim: Bring it down a little
- LYVERS: (moves the camera to show himself masturbating. His penis is clearly visible in the video.)
- Minor Victim: yeah i see it

17.  Affiant took a screenshot from the previous video recording which occurred on August 1, 2025.  The adult male in the photo matches the description of LYVERS sex offender registration photograph, and his Kentucky driver's license photograph. See photographs below:



(*Photo of screen recording between Minor Victim and LYVERS*)



(*Photo of LYVERS sex offender registration photograph*)

## **CONCLUSION**

18.     Based on the aforementioned information, your Affiant submits that there is probable cause to believe that in Jefferson County, Kentucky, in the Western District of Kentucky, Andrew Scott LYVERS, violated Title 18, United States Code, Section 2422(b)

(Online Enticement of a Minor), Title 18, United States Code, Section 2251(a) and (e) (Attempted Sexual Exploitation of a Child), Title 18, United States Code, Section 1470 (Transfer Obscene Material to a Minor) and Title 18, United States Code, Section 2260A (Commission of a Felony Against a Child by Person Required to Register as a Sex Offender).

Respectfully submitted,

  /s/ Patrick Hoernig
Patrick Hoernig
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by applicant by telephone per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on this 15th day of December 2025.

_____
HON. REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE